Christopher J. Reichman, SBN 250485
ChrisR@Prato-Reichman.com
PRATO & REICHMAN, APC
8555 Aero Drive, Suite 303
San Diego, California 92123
Telephone: (619) 683-7971
Email: chrisr@prato-reichman.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN,<br><br>             Plaintiff,<br>     vs.<br><br>PINNACLE SECURITY CA GP, INC., a Utah Corporation, PINNACLE SECURITY, LLC., a Utah Limited Liability Company., BRIAN J. KARREN, an individual, JOSEPH PRETLOW, an individual,<br><br>             Defendants. | Case No.: 15-cv-822 CJC-AS<br><br>**NOTICE OF DISMISSAL OF BRIAN J. KARREN WITHOUT PREJUDICE**<br><br>Hon. Cormac J. Carney |

# NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

PLAINTIFF HEREBY GIVES NOTICE that the above-captioned action is voluntarily dismissed, without prejudice against Defendant BRIAN J. KARREN pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i).  Defendant BRIAN J. KARREN has not filed or served an answer nor motion for summary judgment, therefore this Notice serves as the dismissal without prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i).

DATED: July 8, 2015             **PRATO & REICHMAN, APC**

By: /s/ Christopher J. Reichman_
Christopher J. Reichman,
Attorney for Plaintiff,
PAUL SAPAN