# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN,<br><br>                Plaintiff,<br><br>      vs.<br><br>PINNACLE SECURITY CA GP, INC., a Utah Corporation, PINNACLE SECURITY, LLC., a Utah Limited Liability Company., BRIAN J. KARREN, an individual, JOSEPH PRETLOW, an individual,<br><br>             Defendants. | Case No.: 15-cv-00822  CJC (ASx)<br><br><br>**JUDGMENT** |

FINAL JUDGMENT

## JUDGMENT

The Court hereby ORDERS, ADJUDICATES and DECREES that final judgment is for Plaintiff PAUL SAPAN against Defendants PINNACLE SECURITY CA GP, INC., and PINNACLE SECURITY, LLC, jointly and severally.

Defendants PINNACLE SECURITY CA GP, INC., and PINNACLE SECURITY, LLC, jointly and severally, must pay Plaintiff PAUL SAPAN the sum of Seven Thousand One Hundred and Nineteen Dollars and 65 cents ($ 7,119.65).

IT IS SO ORDERED, ADJUDICATED AND DECREED.

DATED: January 28, 2016

_____
CORMAC J. CARNEY
U.S. DISTRICT JUDGE

FINAL JUDGMENT